UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NATIONAL TRUST FOR HISTORIC PRESERVATION, et al.        PLAINTIFF(S)

VS                                                      CIVIL ACTION NO. 3:10CV-7-H

FEDERAL HIGHWAY ADMINISTRATION, et al.                  DEFENDANT(S)

**O R D E R**

The above-styled action came before the undersigned for a telephonic/status conference on August 3, 2012. Participating for the plaintiffs, Ms. Elizabeth Merritt and Ms. Andrea C. Ferster; counsel for River Fields; Mr. Robert Griffith and Executive Director, Ms. Mimi Runyon; on behalf of the defendants-FHA, Ms. Pamela S. West, Mr. Joseph Watson, Ms. Linda Amidon- Assistant Regional Counsel, Ms. Meghan Jones, Ms. Janice Osadeczuk, and Mr. Brady Miller. On behalf of Kentuckians for Progress, Inc., Mr. Victor B. Maddox and client, Mr. David Nicklies; on behalf of Kentucky Transportation Cabinet, Mr. Timothy J. Hagerty and Ms. Bridget Papalia; Indiana Department of Transportation, Mr. Albert M. Ferio, Mr. Mark Ahearn, and Mr. Jim Stark; Coalition for the Advancement of Regional Transportation, Mr. Clarence H. Hixson and Mr. David Coyte.

After a through discussion of the current state of the case, the parties and the Court agreed upon a briefing schedule which should submit for resolution any disputed issues to this Court by the end of February 2013. This should allow ample opportunity for opponents of the project to challenge it. However, the schedule should not delay Defendants anticipated contractual and construction activities during this time. The Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the **stay previous entered on April 30, 2010 is lifted.**

**IT IS FURTHER ORDERED** the plaintiff's may file their amended complaint and CART may file their complaint and or an amicus brief in this action **on or before September 5, 2012.**

**IT IS FURTHER ORDERED** that the Federal Highway Administration shall notify the Court's Deputy, Ms. Andrea Kash, via email at andrea_r._kash@kywd.uscourts.gov the date of service of the administrative record to the opposing parties.   At which time, the Court will then issue a scheduling order as to the briefing in this case.

**IT IS FURTHER ORDERED** that DVD's will be allowed to be filed for the Court's use of the final agreed to administrative record.   Counsel shall file a notice of filing in the CM/ECF filing system and forward the DVD's to the Court's Deputy.

**IT IS FURTHER ORDERED** that the Court's will schedule a final motion hearing after all briefing is complete.

Date: August 8, 2012

Copies to:

All Counsel of Record

Court Reporter: Alan Wernecke

Court Time:   01/20